ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Walsh Construction Company | ) ASBCA No. 63035 |
| | ) |
| Under Contract No. W912PL-18-C-0027 | ) |

APPEARANCES FOR THE APPELLANT:     Larry W. Caudle, Jr., Esq.
                                                         Jonathan J. Straw, Esq.
                                                            Kraftson Caudle LLC
     McLean, VA

     Patrick M. Hartnett, Esq.
     Hartnett Law Group
     Fullerton, CA

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
     Engineer Chief Trial Attorney
     Mary K. Wrightson, Esq.
     Brian M. Choc, Esq.
     Engineer Trial Attorneys
     U.S. Army Engineer District, Los Angeles

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 16, 2022

_____
OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63035, Appeal of Walsh Construction Company, rendered in conformance with the Board's Charter.

Dated:  August 16, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals